SCWC-19-0000329

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employers-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000329; CASE NO. AB 2015-372(M) and DCD (7-14-45072))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/claimant-appellant Kenneth M. Skahan's application for writ of certiorari, filed on July 10, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

